**STATE of Missouri, Respondent,**

v.

**Joseph M. KING, Appellant.**

**No. WD 53881.**

Missouri Court of Appeals, Western District.

Jan. 13, 1998.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 3, 1998.

Robert L. Fleming, District Defender, Columbia, for appellant.

Jeff Mittelhauser, Prosecuting Attorney, Sedalia, for respondent.

1. All statutory references are to Revised Statutes of Missouri 1994, unless otherwise indicated.

Before ULRICH, C.J., P.J., SMART, J. and TURNAGE Senior Judge.

### *ORDER*

PER CURIAM.

Joseph M. King was convicted by a jury on eight counts of the class A misdemeanor of animal abuse in violation of § 578.012, RSMo 1994. The court followed the recommendation of the jury and sentenced King to two days in jail on each count with the sentences to run consecutively.

Judgment affirmed. Rule 30.25(b).